AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Nov 12, 2025

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| MARIA M.,<br>*Plaintiff*<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:25-cv-3060-EFS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing,** the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**  The ALJ's nondisability decision is AFFIRMED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea

Date:  November 12th, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*